| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 5/2/2024 |
| MEGAN DANESHRAD, *individually, and on behalf of similarly situated female employees*,<br><br>  Plaintiff,<br><br>-against-<br><br>MOSES & SINGER LLP, DEAN SWAGERT, DAVID LACKOWITZ, PAUL RODER, and PHILIPPE ZIMMERMAN,<br><br>  Defendants. | 23-cv-11056 (MKV)<br><br><u>ORDER OF DISMISSAL</u> |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from the plaintiff stating that the parties have reached a settlement in principle [ECF No. 16].  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by June 2, 2024.  If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

The Clerk of Court respectfully is directed to terminate the letter motion at ECF No. 16.

**SO ORDERED.**

**Date:  May 2, 2024**
**        New York, NY**

                                        _____
                                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**

1